UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WAYNE RANCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11CV2106  HEA |
| ) | |
| DIVISION OF CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.  See 28 U.S.C. § 1915(a)(3).

Dated this 11th day of January, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE