UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WAYNE RANCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11-CV-2106-HEA |
| ) | |
| DIVISION OF CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion for appointment of counsel in this closed case [Doc. #18] is **DENIED** as moot.

**IT IS HEREBY CERTIFIED** that an appeal from this Order would not be taken in good faith.  See 28 U.S.C. § 1915(a)(3).

Dated this 3rd day of February, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE